UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE: SUBPOENA TO META PLATFORMS, INC.*<br><br>Served in case: *NetChoice, LLC, et al. v. James Uthmeier, in his official capacity as the Attorney General of the State of Florida, et al.*, No. 4:21-cv-220-RH-MAF (N.D. Fla.) | Case No. 3:25-mc-80352-TSH<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO EXTEND RESPONDENT'S DEADLINE TO RESPOND TO PETITIONERS' MOTION TO COMPEL** |

**[PROPOSED]** ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Respondent Meta Platforms, Inc.'s deadline to respond to Petitioners' Motion to Compel (Doc. 1) is extended to Monday, November 24, 2025.

IT IS SO ORDERED.

DATED: November 20, 2025

Hon. Thomas S. Hixson
United States Magistrate Judge