Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
michael.esser@kirkland.com

*Attorney for Nonparty Respondent
Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SUBPOENA TO META PLATFORMS, INC.<br><br>Served in case: *NetChoice, LLC, et al. v. James Uthmeier, in his official capacity as the Attorney General of the State of Florida, et al.*, No. 4:21-cv-220-RH-MAF (N.D. Fla.) | Case No. 3:25-mc-80352-TSH<br><br>[PROPOSED] ORDER GRANTING RESPONDENT META PLATFORMS, INC.'S MOTION TO TRANSFER<br><br>Date:   January 8, 2026<br>Time:  10:00 AM<br>Judge: Hon. Thomas S. Hixson<br>Dept:  Courtroom E, 15th Floor |

This matter comes before this Court on the Motion by Respondent, Meta Platforms, Inc., to Transfer Petitioners' Motion to Compel Compliance with Third Party Subpoena under Rule 45(f). The Court having reviewed the motion and accompanying memoranda and exhibits, and all pleadings and proceedings had herein, finds good cause to **GRANT** the motion.

Accordingly, the Clerk of the Court is directed to transfer this action to the Northern District of Florida, Tallahassee Division, for inclusion in the matter of *NetChoice, LLC v. Uthmeier*, No. 4:21-cv-00220, and for determination by that court of Petitioners' Motion to Compel Compliance with Third Party Subpoena.

**SO ORDERED:**

Dated: November 25, 2025

_____
Hon. Thomas S. Hixson
United States Magistrate Judge